

The following constitutes the order of the court.
Signed December 2, 2014

_____

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| In re | |
| | No. 14-42712 |
| Mohammad Arabhosseini, | |
| Lubna Rashid Arabhosseini, | Chapter 7 |
| | |
| Debtors. | |

**ORDER SCHEDULING STATUS CONFERENCE**

A hearing on approval of a Reaffirmation Agreement was held on November 19, 2014.  At the conclusion of the hearing, the court requested the Debtors submit a letter to the court and explain how the Debtors can make the payments required under the Agreement.  The Debtors filed a letter with attached documents on November 24, 2014.  The court has reviewed the documents, and has additional questions regarding the Debtors' increased income.  A status conference is scheduled to be held

1

on December 10, 2014, at 2:00 PM.  Appearances may be made

telephonically.

Good cause appearing therefor, it is hereby ORDERED that:

A status conference is scheduled to be held in the above

captioned case on December 10, 2014, at 2:00 PM in Courtroom

220 of the above-captioned court, located at 1300 Clay Street,

Oakland, CA 94612.

**\*END OF ORDER\***

Case: 14-42712   Doc# 23   Filed: 12/02/14   Entered: 12/03/14 15:51:20   Page 2 of 3

**Court Service List**

Mohammad Arabhosseini
453 Clovercrest Ln.
San Ramon, CA 94582

Lubna Rashid Arabhosseini
453 Clovercrest Ln.
San Ramon, CA 94582

Steve Ruehmann
Ruehmann Law Firm, P.C.
770 L St. #950
Sacramento, CA 95814

Lois I. Brady
P.O. Box 12425
Oakland, CA 94604